# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **CHARLES GREEN,** | : | **Case No. 1:06cv1238** |
| | : | |
| **Petitioner,** | : | **JUDGE KATHLEEN O'MALLEY** |
| | : | |
| **v.** | : | |
| | : | **JUDGMENT** |
| **MAGGIE BEIGHTLER, WARDEN,** | : | |
| | : | |
| | : | |
| **Respondent.** | : | |

For the reasons set forth in the Court's Order of this date, the magistrate judge's R&R is hereby **ADOPTED**.  Green's petition is **DENIED**, and his case is **DISMISSED**.  Further, the Court finds that Green's assertions fall well short of making the substantial showing of the denial of a constitutional right required by 28 U.S.C. §2253(c).  The Court, therefore, finds that there is no basis upon which to issue a certificate of appealability.

　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　**s/Kathleen M. O'Malley**
　　　　　　　　　　　　　　　　　　　　**KATHLEEN McDONALD O'MALLEY**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**Dated: August 17, 2007**